**\*\*E-filed2/24/11 \*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CLARISSA C. CORTEZ

    Plaintiff,

 v.

NEW CENTURY MORTGAGE
COMPANY, et al.

    Defendants.

_____/

No. C 10-4631 RS

**ORDER DISMISSING ACTION**

  By order entered January 10, 2011, plaintiff was directed that no later than February 18, 2011, she was to file proofs of service showing that summons and complaint have been served on the remaining defendants, or file a declaration explaining what steps she has taken to move this case forward.  Plaintiff was advised that failure to respond to January 10, 2011 order would result in dismissal of the action.  Plaintiff has filed no response.  Good cause appearing, this action is hereby dismissed, without prejudice, for failure to prosecute.

Dated: 2/24/11

       _____
       RICHARD SEEBORG
       UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California